UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAVIER LUIS MORALES
(a.k.a. javi_herbo6),

       Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

(Production of Child Pornography)

On or about July 30, 2021, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere,

**JAVIER LUIS MORALES**
**(a.k.a. javi_herbo6)**

knowingly used a minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, and that visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce.

Specifically, during a live video chat with a person in the United Kingdom, JAVIER LUIS MORALES filmed himself masturbating and displaying the genitals of a two-year-old boy.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney